# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *USA v Buensalida*
Criminal No. RWT-11-061

DATE: September 28, 2011

\* \* \* \* \* \* \* \* \*

On September 26, 2011 Defendant filed a Motion to Late File (ECF No. 28), in which it requested leave to file its Motion to Dismiss Indictment for Lack of Venue out of time. The Government indicated that it had no objection to this Court granting leave to file out of time, but would oppose Defendant's Motion to Dismiss for Lack of Venue on the merits. Defendant's Motion to Late File (ECF No. 28), is hereby **GRANTED**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

By Alexander Williams, Jr. 9/29/11
Roger W. Titus
United States District Judge